United States District Court
Southern District of Ohio

---

**Related Case Memorandum**
**Civil Cases**

TO: _Judge Douglas R. Cole_

FROM: _Ketsorin VanDyke_ , Deputy Clerk

DATE: _7/24/2025_

SUBJECT: Case Caption: _ZL Technologies, Inc. v. Western & Southern Financial Group, Inc._

CASE: Case Number: _Doc. 1:25-cv-472_

Judges: _Judge Cole / Magistrate Judge Bowman_

File Date: _7/09/2025_

---

This memorandum is to notify you that following cases are possibly related:

**Related Case**

Case Caption:   Western & Southern Financial Group Inc v. ZL Technologies, Inc.

Case Number:   1:24-cv-673          District Judge:      Hopkins

File Date:      11/22/2024          Magistrate Judge:   Litkovitz

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator  __Ketsorin VanDyke__
as follows:

**Judges' Response:**

☐  We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

☒  We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge ___Hopkins_____.

☐  We agree that although the cases **are** related, the subject case nevertheless
should remain with the Judge to whom it was assigned.

☐  We are unable to agree and will accept any decision made by the Chief Judge.

☐  I am the Judge on both/all of the listed cases and have determined that the cases
are **not** related.

☐  I am the Judge on both/all of the listed cases and have determined that the cases,
**are** related and they shall both/all remain on my docket.

☐  Other Direction of Judge:

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies